Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  24−12780−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard B. McKenna Jr.
   aka Richard McKenna
   16 Chesapeake Ct
   Barnegat, NJ 08005−2517

Social Security No.:
   xxx−xx−7471

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/15/24
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 18, 2024
JAN: pbf

                                 Jeanne Naughton
                                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-12780-CMG
Richard B. McKenna, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 18, 2024     Form ID: 132     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |
| 520194543 | + | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 520194547 | + | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520194540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2024 21:35:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2024 21:24:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520194555 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 18 2024 21:18:00 | Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 520194545 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 18 2024 21:19:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520194544 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 18 2024 21:19:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520194546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2024 21:24:22 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520194549 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:23:52 | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194550 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:24:19 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520194554 | | Email/Text: bkelectronicnotices@usaa.com | Mar 18 2024 21:01:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520194553 | | Email/Text: bkelectronicnotices@usaa.com | Mar 18 2024 21:01:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520194542 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194541 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520194551 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194552 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520194548 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3