Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−12780−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard B. McKenna Jr.
   aka Richard McKenna
   16 Chesapeake Ct
   Barnegat, NJ 08005−2517

Social Security No.:
   xxx−xx−7471

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 10, 2024.

Dated: July 10, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                            Case No. 24-12780-CMG

Richard B. McKenna, Jr.                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                 Page 1 of 2

Date Rcvd: Jul 10, 2024                        Form ID: plncf13                          Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |
| 520194543 | + | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 520194547 | + | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |
| 520269943 | + | Mortgage Access Corp. d/b/a Weichert at. el, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520232455 | | Schweiger Dermatology - PC, c/o Wakefield & Associates, LLC, PO Box 59013, Knoxville TN 37950-1272 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 10 2024 20:51:00 | Weichert Financial Services, 1 Corporate Drive, Suite 36, Lake Zurich, IL 60047 |
| 520194540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 20:57:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 21:09:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520205187 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2024 20:57:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520194555 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 10 2024 20:51:00 | Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 520194545 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 10 2024 20:53:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520194544 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 10 2024 20:53:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520194546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 20:57:12 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520225317 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520263652 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:56:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520262522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2024 20:56:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

Case 24-12780-CMG    Doc 25    Filed 07/12/24    Entered 07/13/24 00:20:22    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 22 |

| 520194549 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Jul 10 2024 20:57:27 | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194550 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 10 2024 20:56:48 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520194554 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jul 10 2024 20:50:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520194553 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jul 10 2024 20:50:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520194542 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194541 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520194551 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194552 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520194548 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                     Signature:              /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4