| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-12780 / MEH**

Richard B. McKenna, Jr.

Petition Filed Date: 03/15/2024
341 Hearing Date: 04/18/2024
Confirmation Date: 07/03/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2024 | $325.00 | | 04/29/2024 | $325.00 | | 06/03/2024 | $325.00 | |
| 06/25/2024 | $325.00 | | 07/29/2024 | $325.00 | | 08/27/2024 | $325.00 | |
| 09/23/2024 | $325.00 | | 10/28/2024 | $325.00 | | 11/25/2024 | $325.00 | |
| 12/23/2024 | $325.00 | | | | | | | |

**Total Receipts for the Period: $3,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard B. McKenna, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $1,682.15 | $2,967.85 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,819.55 | $0.00 | $4,819.55 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,720.17 | $0.00 | $2,720.17 |
| 3 | SCHWEIGER DERMATOLOGY - PC | Unsecured Creditors | $125.00 | $0.00 | $125.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $1,215.72 | $0.00 | $1,215.72 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,383.46 | $0.00 | $1,383.46 |
| 6 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $389.58 | $0.00 | $389.58 |
| 7 | MTG ACCESS CORP. D/B/A WEICHERT FINANCIA<br>»» P/16 CHESAPEAKE COURT/1ST MTG/ORDER 5/6/24 | Mortgage Arrears | $18,028.86 | $0.00 | $18,028.86 |
| 8 | KAREN MCKENNA | Support Arrears<br>Hold Funds: Late Filed Claim | $3,000.00 | $0.00 | $3,000.00 |

**Chapter 13 Case No. 24-12780 / MEH**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $3,250.00 | Plan Balance: | $16,250.00 ** |
| Paid to Claims: | $1,682.15 | Current Monthly Payment: | $325.00 |
| Paid to Trustee: | $185.20 | Arrearages: | $0.00 |
| Funds on Hand: | $1,382.65 | Total Plan Base: | $19,500.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.