UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:
McKenna, Richard B.

                    Debtor(s).

Order Filed on March 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-12780
Adv. No.:

Hearing Date: February 11, 2025 @ 9:00 am

Judge: Mark E. Hall

# ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: March 6, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtor: McKenna, Richard B.
Case No: 24-12780/MEH

### ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

**THIS MATTER** having come before the Court upon motion of Daniel E. Straffi, Jr., Attorney for Debtor, for an Order to Allow Late Filing of Proof of Claim and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1. That the filed priority proof of claim #8-1 of Karen McKenna, be allowed and deemed timely filed.

2. That the Chapter 13 Standing Trustee shall pay the priority claim in accordance with the confirming order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.