UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on March 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
McKenna, Richard B.

Debtor(s).

Case No.: 24-12780
Adv. No.:

Hearing Date: February 11, 2025 @ 9:00 am

Judge: Mark E. Hall

## ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: March 6, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtor: McKenna, Richard B.
Case No: 24-12780/MEH

### ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

**THIS MATTER** having come before the Court upon motion of Daniel E. Straffi, Jr., Attorney for Debtor, for an Order to Allow Late Filing of Proof of Claim and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1. That the filed priority proof of claim #8-1 of Karen McKenna, be allowed and deemed timely filed.

2. That the Chapter 13 Standing Trustee shall pay the priority claim in accordance with the confirming order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12780-MEH |
| Richard B. McKenna, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Mortgage Access Corp. d/b/a Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6