UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
Attorney for Debtor(s)

In Re:

McKenna, Richard

Order Filed on March 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-12780

Chapter: 13

Judge: MEH

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 6, 2024:

Property: 16 Chesapeake Court, Barnegat, NJ

Creditor: Weichert Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Attorney for Debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including June 5, 2025.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12780-MEH |
| Richard B. McKenna, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Mortgage Access Corp. d/b/a Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6