Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24–12780–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard B. McKenna Jr.
  aka Richard McKenna
  16 Chesapeake Ct
  Barnegat, NJ 08005–2517

Social Security No.:
  xxx–xx–7471

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

  The Court having noted that the debtor filed an Amendment to Schedule D on May 21, 2025 or to the List of Creditors on n/a , and for good cause shown, it is

  ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

  It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

  1.  A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

  2.  In a Chapter 11 case:

     a)  a copy of the last modified plan and disclosure statement, if any, and

     b)  a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

  3.  In a Chapter 12 or Chapter 13 case:

     a)  a copy of the Notice of Hearing on Confirmation of Plan, if any, and

     b)  a copy of the last modified plan that has been filed in the case.

  It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

  It is further ORDERED that the added creditors or parties have

  1.  until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

  2.  until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.


Dated: May 22, 2025
JAN: mrg

                                        <u>Mark Edward Hall</u>
                                        United States Bankruptcy Judge