---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Mortgage Access Corp., et al.

---

In Re:

Richard B. McKenna, Jr.,

Debtor

Case No.: 24-12780-MEH

Chapter: 13

Hearing Date: 06/18/2025

Judge: Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 50)

Date: 06/13/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*