| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Mortgage Access Corp., et al. | |
| In Re:<br><br>Richard B. McKenna, Jr.,<br><br>Debtor | Case No.: __24-12780-MEH__<br><br>Chapter: __13__<br><br>Hearing Date: __06/18/2025__<br><br>Judge: __Hall__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief Re: 16 Chesapeake Court (Docket # 40)

Date: 06/13/2025                                        /s/ Denise Carlon
                                                                    Signature

*rev.8/1/15*