Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−12780−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard B. McKenna Jr.
   aka Richard McKenna
   16 Chesapeake Ct
   Barnegat, NJ 08005−2517

Social Security No.:
   xxx−xx−7471

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/12/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 12, 2025
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-12780-MEH
Richard B. McKenna, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Nov 12, 2025      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard B. McKenna, Jr., 16 Chesapeake Ct, Barnegat, NJ 08005-2517 |
| 520661903 | + | Crosswinds Condominium Association, 184 Bayshore Drive, Barnegat, NJ 08005-2567 |
| 520727483 | + | Daniel Straffi, Esq., 670 Commons Way, Toms River, NJ 08755-6431 |
| 520661904 | + | Dasti McGuckin McNichols Connors Anthony, Buckley, 620 West Lacey Road, Forked River, NJ 08731-2244 |
| 520194543 | + | Estate of Richard B. McKenna, c/o Kathleen E. McKenna, Executrix, 16 Chesapeake Court Unit A, Barnegat, NJ 08005-2517 |
| 520194548 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520194547 | + | Karen McKenna, 31 W. 6th Avenue, Runnemede, NJ 08078-1315 |
| 520269943 | + | Mortgage Access Corp. d/b/a Weichert at. el, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520232455 | | Schweiger Dermatology - PC, c/o Wakefield & Associates, LLC, PO Box 59013, Knoxville TN 37950-1272 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2025 23:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2025 23:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 12 2025 23:48:00 | Weichert Financial Services, 1 Corporate Drive, Suite 36, Lake Zurich, IL 60047 |
| 520194540 | | EDI: CAPITALONE.COM | Nov 13 2025 04:20:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194539 | | EDI: CAPITALONE.COM | Nov 13 2025 04:20:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520205187 | + | EDI: AIS.COM | Nov 13 2025 04:26:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520194555 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 12 2025 23:48:00 | Weichert Finance Ser/D, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 520194545 | | EDI: PHINGENESIS | Nov 13 2025 04:26:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520194544 | | EDI: PHINGENESIS | Nov 13 2025 04:26:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520225317 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 12 2025 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520194546 | | EDI: JPMORGANCHASE | Nov 13 2025 04:20:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520263652 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 00:01:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520262522 | | EDI: PRA.COM | | |

Case 24-12780-MEH    Doc 66    Filed 11/14/25    Entered 11/15/25 00:21:24    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass Reason | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 13 2025 04:26:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520194549 | + | EDI: SYNC | Nov 13 2025 04:20:00 | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194550 | | EDI: SYNC | Nov 13 2025 04:20:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520194554 | | Email/Text: bkelectronicnotices@usaa.com | Nov 12 2025 23:47:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520194553 | | Email/Text: bkelectronicnotices@usaa.com | Nov 12 2025 23:47:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520194542 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520194541 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520194551 | *+ | Syncb/ebay, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520194552 | * | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Richard B. McKenna Jr. bkclient@straffilaw.com, g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Mortgage Access Corp. d/b/a Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Nov 12, 2025 | Form ID: 148 | Total Noticed: 26

Richard Abel
    on behalf of Creditor Mortgage Access Corp. d/b/a Weichert Financial Services bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7